UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:19-cr-00076-GW | Date | June 24, 2025 |
| Title | United States v. Alberto Alcantar | | |

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

    The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

    The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

    ☒    will appear for further proceedings as required if released.

    ☐    will not endanger the safety of any other person or the community if released.

    The Court bases its findings on the following:

    ☒    Allegations in petition

    ☒    Lack of bail resources

    ☐    No stable residence or employment

    ☐    Ties to foreign countries

    ☒    Previous failure to appear or violations of probation, parole, or release

    ☐    Nature of previous criminal convictions

    ☐    Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 5:19-cr-00076-GW |
| Title | United States v. Alberto Alcantar |
| Date | June 24, 2025 |

☐ Already in custody on state or federal offense

☐ Refusal to interview with Pretrial Services

☐

☒ Defendant did not oppose the detention request.

* * *

　　IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.